1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

NANCY TAN PUA,                    )        No. C 11-3045 LHK (PR)
                                  )
10
            Plaintiff,            )        ORDER OF DISMISSAL
11                                )
    v.                            )
12                                )
    UNKNOWN,                      )
13                                )
            Defendant.            )
14  _____)

15       On June 20, 2011, Plaintiff, proceeding *pro se*, filed a letter, which commenced this

16  action.  The same day, the Clerk notified Plaintiff that she had not paid the filing fee nor had she

17  filed an application to proceed in forma pauperis ("IFP").  The Clerk also notified Plaintiff that

18  she failed to submit a complaint.  Along with the deficiency notices, Plaintiff was provided with

19  a new IFP application and instructions for completing it.  Plaintiff was further cautioned that her

20  failure to either file a completed IFP application or pay the filing fee within thirty days would

21  result in the dismissal of this action.  Plaintiff was also advised that her failure to file a complaint

22  within thirty days would result in the dismissal of this action.  To date, Plaintiff has not

23  communicated with the Court.  Accordingly, the instant action is DISMISSED without prejudice

24  to Plaintiff filing a new action in which she either pays the filing fee or files a completed IFP

25  application, and files a complaint.  The Clerk shall enter judgment and close the file.

26       IT IS SO ORDERED.

27  DATED:   7/29/11
                                      LUCY H. KOH
28                                    United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.11\Pua045discompandifp.wpd